AARON D. FORD
  Attorney General
JOHN REGALIA (Bar No. 16969)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3788 (phone)
(702) 486-3768 (fax)
Email: jregalia@ag.nv.gov

*Attorneys for Defendants,
Tasheena Cooke, Christopher Cornutt,
David Drummond, James Dzurenda,
William Gittere, Patricia Hernandez,
Michael Minev, Matthew Noriega,
Michelle Perkins, Madeline Pickens,
Cory Rowley, and James Underwood*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARQUE GARDELEY,<br><br>               Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, *et al*,<br><br>               Defendants. | Case No. 3:24-cv-00111-MMD-CSD<br><br>**STIPULATION OF WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL**<br>**[ECF NO. 44]** |

    Plaintiff, Marque Gardeley (Gardeley), pro se, and Defendants Tasheena Cooke, Christpher Cornutt, David Drummond, James Dzurenda, Williame Gittere, Patricia Hernandez, Michael Minev, Mathew Noriega, Michelle Perkins, Madeline Pickens, Cory Rowley and James Underwood, by and through counsel, Aaron D. Ford, Nevada Attorney General, and John Regalia, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, (collectively "The Parties") hereby respectfully submit the following Stipulation of withdrawal to Plaintiff's Motion to Compel (ECF No. 44).

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

This is an offender civil rights matter filed pursuant to 42 U.S.C. § 1983. Plaintiff Gardeley is an offender in the custody of the Nevada Department of Corrections (NDOC) and is currently housed at High Desert State Prison.

Plaintiff filed a Motion to Compel on November 20, 2025 (ECF 44). The Parties participated in an in person meet-and-confer on December 08, 2025, and agreed that good cause exists to withdraw Plaintiff's Motion to Compel and attempt to resolve the issue without court intervention.

### II. LEGAL STANDARD

A stipulation is an agreement between the parties as to a fact of the case, and, as such, it is evidence introduced by both of the parties. *U.S. v. Hawkins*, 215 F.3d 858, 860 (8th Cir. 2000). Stipulations relating to proceedings before the court... must be in writing and signed by all parties who have appeared or their attorneys. LR 7-1(a). No stipulation relating to proceedings before the court ... are effective until approved by the court. LR 7-1(b). Parties are obligated under LR 26-6 to meet and confer regarding discovery disputes.

### III. ANALYSIS

Parties were able to meet and confer on December 08, 2025, to discuss the discovery dispute related to Plaintiff's Motion to compel ECF No. 44. The Parties have come to an agreement regarding discovery and have agreed to reopen discovery for the limited purpose of addressing the discovery dispute. Parties are filing a separate stipulation outlining that reopening with the filing of this stipulation. In exchange for this agreement Plaintiff has agreed to withdraw his Motion to Compel ECF No. 44

This stipulation was agreed upon to attempt to resolve the issue outside of court. Parties believe they will be able to resolve the discovery issue without the need for court intervention at this time.

DATED this 9th day of December, 2025.

By: *Gardeley*
Marque Gardeley #1099633
Plaintiff, *pro se*
12/9/25

DATED this 9th day of December, 2025.

AARON D. FORD
Attorney General

By: */s/ John Regalia*
John Regalia (Bar No. 16969)
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

DATE: December 10, 2025