**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARQUE GARDELEY,

Plaintiff

v.

JAMES DZURENDA, et al.,

Defendants

Case No.: 3:24-cv-00111-MMD-CSD

**Order**

Re: ECF No. 52

Defendants have a motion for summary judgment pending before the court. (ECF No. 52.) Defendants argue, among other things, that Plaintiff failed to properly exhaust administrative remedies. Their motion relies on an exhibit containing Plaintiff's inmate grievance history which contains a summary of grievances filed by Plaintiff and of the responses thereto. (ECF No. 52-2.) Defendants did not provide the court with the actual grievance documentation at issue, meaning copies of the actual grievances filed by Plaintiff that concern the issues raised in this lawsuit, or the responses thereto.

In order to resolve the issue of whether the inmate Plaintiff properly exhausted administrative remedies, it is essential for the court to have the actual grievance documentation. On this occasion, the court will allow Defendants to supplement their motion with the actual grievance documentation (which Plaintiff should also already have in his possession). The Attorney General's Office is admonished, however, that if this documentation does not accompany future motions arguing exhaustion, it may be recommended that summary judgment be denied on the basis of exhaustion because the defendants have not met their burden.

On or before **December 3, 2026**, Defendants shall file a supplement to their motion for summary judgment which includes the actual grievance documentation (the grievance at any level and all responses) for the following grievances: 20063148921, 20063154683, 20063154699, 20063155023, 20063155697, 20063156812, 20063158071, 20063160360, 20063163183, 20063166780, and 20063168970.

**IT IS SO ORDERED**.

Dated: November 19, 2026

Craig S. Denney
United States Magistrate Judge